**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| TIMOTHY LEROY FORTUNE II, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 4:25-cv -01289-RWS-JBB |
| § | |
| PRINCETON PARK TRAILS 2 § | |
| HOMEOWNERS ASSOCIATION, INC., § | |
| and HENRY ODD AUSTIN & § | |
| FLETCHER, P.C., § | |
| § | |
| Defendants. § | |

**ORDER**

Plaintiff Timothy Leroy Fortune II ("Plaintiff"), proceeding *pro se*, filed a complaint (Docket No. 1), and Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction (Docket No. 2) on November 25, 2025. The case was referred to United States Magistrate Judge Boone Baxter in accordance with 28 U.S.C. § 636.

On December 23, 2025, the undersigned adopted the December 1, 2025 Report and Recommendation of the Magistrate Judge (Docket No. 6), denying Plaintiff's emergency motion for an ex parte temporary restraining order and denying Plaintiff's motion for preliminary injunction, without prejudice to refiling, after the defendants had been served and made appearances in this case. Docket No. 11.

Meanwhile, Defendants Princeton Park Trails 2 Homeowners Association, Inc. and Henry Oddo Austin & Fletcher, P.C. (collectively, "Defendants") entered appearances on December 22, 2026. Docket Nos. 7, 10. On April 28, 2026, Plaintiff filed a second Emergency Motion for Temporary Restraining Order and Preliminary Injunction to prevent a foreclosure sale. Docket No.

37. On May 4, 2026, the Magistrate Judge entered a Report and Recommendation, recommending the motion be denied. Docket No. 43.

Plaintiff received a copy of the Report and Recommendation via electronic notification on May 4, 2026. *See* Docket No. 3. However, no objections have been filed to date. Because no objections have been received, Plaintiff is barred from *de novo* review by the District Judge of the Magistrate Judge's proposed findings, conclusions and recommendations. Moreover, except upon grounds of plain error an aggrieved party is barred from appellate review of the unobjected-to factual findings and legal conclusions accepted and adopted by the District Court. *See Duarte v. City of Lewisville, Texas*, 858 F.3d 348, 352 (5th Cir. 2017); *Arriaga v. Laxminarayan*, Case No. 4:21-CV-00203-RAS, 2021 WL 3287683, at *1 (E.D. Tex. July 31, 2021).

The Court, having reviewed the Report and Recommendation, is of the opinion the findings and conclusions of the Magistrate Judge are correct. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir.), *cert. denied*, 492 U.S. 918 (1989) (where no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law"). Accordingly, it is

**ORDERED** that the Report and Recommendation of the Magistrate Judge (Docket No. 43) is **ADOPTED** as the opinion of the District Court. It is further

**ORDERED** that Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction (Docket No. 37) is **DENIED**.

**So ORDERED and SIGNED this 26th day of May, 2026.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE

Page **2** of **2**